# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 35
The People &c.,
        Respondent,
    v.
William A. Wilkins, &c.,
        Appellant.

David R. Juergens, for appellant.
Scott Myles, for respondent.

Reargument ordered for a future Court session. Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided May 6, 2021